```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27587
   ALAN P KROCHOCK
   JULIE K KROCHOCK                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-4118      SSN XXX-XX-5728
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/26/04 and confirmed on 09/24/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 30525.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMCORE BANK | SECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 12776.58 | .00 | 5262.71 |
| ROUNDUP FUNDING LLC | UNSECURED | 10340.01 | .00 | 4259.08 |
| ROUNDUP FUNDING LLC | UNSECURED | 12845.65 | .00 | 5291.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13434.85 | .00 | 5533.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15256.97 | .00 | 6284.39 |
| CITY OF NAPERVILLE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 64654.06 | .00 | 64654.06 |
| PRINCIPAL PAID | .00 | .00 | 26631.20 | .00 | 26631.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 26631.20 | .00 | 26631.20 |

The Debtor's attorney, JOSEPH WROBEL ESQ            , was allowed $   2700.00 and was paid $    900.00  direct and $   1800.00  through the plan.

The Trustee received $   1268.80 .

Refunds to the Debtor totaled $    825.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                         /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 27587 ALAN P KROCHOCK & JULIE K KROCHOCK